

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ARACELI NAVA A/K/A ARACELI MARRUFO-NAVA,

§ No. 08-14-00226-CR

§ Appeal from the

Appellant,

§ 346th District Court

v.

§ of El Paso County, Texas

THE STATE OF TEXAS,

§ (TC# 20140D01257)

State.

§

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **January 31, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 31, 2015.

IT IS SO ORDERED this 18th day of December, 2014.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.